PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Pedro Risquet     Cr.: 21-00023-001

PACTS #: 45682

Name of Sentencing Judicial Officer:    THE HONORABLE MARVIN KATZ
UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/04/2006

Original Offense:    Count 1: Conspiracy to distribute more than five kilograms of cocaine
Count 13: Distribution of cocaine
Count 17: Possession with intent to distribute more than 500 grams of cocaine

Original Sentence: 240 months imprisonment, 120 months supervised release

Special Conditions: Child Support Enforcement, Special Assessment, Special Assessment, Drug Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/19/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 8, 2022, Mr. Risquet had contact with North Bergen Police Department during a motor vehicle stop and failed to report this contact to the probation office. Specifically, he was issued four (4) summonses for careless driving, in violation of 39:4-97, following too closely, in violation of 39:4-89, driving after driver's license/registration was suspended or revoked, in violation of 39:3-40, and driving without a license, in violation of 39:3-10. |

U.S. Probation Officer Action:
Mr. Risquet stated he was unaware that his driver's license was suspended and apologized for failing to report law enforcement contact. He hired an attorney and is scheduled to appear in North Bergen Municipal Court on June 7, 2022. He was reminded he is not to operate a motor vehicle without a valid driver's license. At this time, the probation office respectfully requests no formal action.

Prob 12A – page 2
Pedro Risquet

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

*Kevin Villa*     *May 10, 2022*

KEVIN M. VILLA          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

May 10-22
Date